

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-14-00375-CR

Trial Court Cause
Number:  1396922

Style:  William D. Driver

**v** The State of Texas

Date motion filed[*]:  August 13, 2014

Type of motion:  Motion to Remand for Additional Findings of Fact and Conclusions of Law

Party filing motion:  Appellant

Document to be filed:

Is appeal accelerated? ☒ YES   ☐ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due: ____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: ____

Judge's signature: /s/ Michael Massengale
☒ Acting individually   ☐ Acting for the Court

Panel consists of ____

Date: August 27, 2014